# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| 7510 PERLA DEL MAR AVE. TRUST,<br>Appellant,<br>vs.<br>BANK OF AMERICA, N.A.,<br>Respondent. | No. 65069<br><br>**FILED**<br><br>JAN 07 2015<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY _____<br>CHIEF DEPUTY CLERK |

## *ORDER GRANTING MOTION FOR REMAND AND DISMISSING APPEAL*

The parties have filed a joint motion to dismiss this appeal and remand this matter to the district court pursuant to *Huneycutt v. Huneycutt*, 94 Nev. 79, 575 P.2d 585 (1978); *see also Foster v. Dingwall*, 126 Nev. 49, 228 P.3d 453 (2010). The motion is accompanied by an order of the district court certifying that upon remand it is inclined to "vacate its order granting Bank of America's motion to dismiss . . . and allow the litigation to continue consistent with the holdings in the recent *SFR* opinion."

Cause appearing, we grant the motion. Accordingly, we remand this matter to the district court pursuant to its certification, and we order this appeal dismissed. This dismissal is without prejudice to appellant's right to file a motion to reinstate the appeal should the district court decline to grant the relief requested.[1] Any such motion to reinstate the appeal shall be filed within 60 days of the district court's order

---

[1]We note that any aggrieved party may file a notice of appeal from any appealable order entered at the completion of the district court proceedings. *See* NRAP 3A.

15-00732

declining to grant the requested relief. The parties' request to stay the briefing schedule in this appeal is denied as moot.

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Jerry A. Wiese, District Judge
Law Offices of Michael F. Bohn, Ltd.
Akerman LLP/Las Vegas
Eighth District Court Clerk